IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02758–WDM–KMT

CAROLYN MACLAREN,

    Plaintiff,

v.

DANIEL M. DONATO, M.D.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Plaintiff's Unopposed Motion for Acceptance out of time of Plaintiff's C.R.S. 13–64–402 Notice" (# 17, filed May 1, 2009) is GRANTED.  The "C.R.C.P. 13–64–402 Notice to Qualchoice and Anthem Blue Cross & Blue Shield," attached to the Motion as Exhibit 1 (#17-2), is accepted as timely compliance with C.R.S. § 13–64–402(1).

Dated: May 15, 2009