IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02758–WDM–KMT

CAROLYN MACLAREN,

    Plaintiff,

v.

DANIEL M. DONATO, M.D.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Motion to Vacate Date of Settlement Conference and to Set Conference Call to Reschedule" (#25, filed July 30, 2009) is GRANTED. The parties shall place a conference call to chambers no later than 5:00 p.m. on August 10, 2009 to reschedule the settlement conference.

Dated: August 3, 2009