**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.**   08-cv-02758-WDM-KMT | FTR |
| **Date:**  November 02, 2009 | Debra Brown, Deputy Clerk |
| CAROLYN MACLAREN, | James H. Chalat |
| Plaintiffs. | |
| v. | |
| DANIEL M. DONATO, M.D. | Peter Williams Pryor<br>Lauren Dorweiler |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**

**Court in Session: 10:00 a.m.**

Court calls case.  Appearance by counsel. Also present is Lonnie Williams, deponent.

Opening statements by the Court.

MOTION to Strike Deposition Changes by Lonnie Williams by Defendant Daniel M. Donato [Document No. 30, filed September 04, 2009] at issue.
Argument by Counsel.
Questions by the Court.

**ORDERED:**   Defendant's [30] MOTION to Strike Deposition Changes by Lonnie Williams, filed September 04, 2009 is **GRANTED and the deposition changes are STRICKEN from the record.**

**Court in recess: 10:55 a.m.**
Total In-Court Time 0:55; hearing concluded

*Clerk's Note:  All exhibits tendered shall be returned to Counsel.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.