IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02758-WDM-KMT

CAROLYN MACLAREN,

     Plaintiff,

v.

DANIEL M. DONATO, M.D.,

     Defendant.

---

## NOTICE OF DISMISSAL

---

     The court takes judicial notice that the parties have filed a Stipulation for

Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly, the complaint is

dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

     DATED at Denver, Colorado, on May 27, 2010.

                    BY THE COURT:

                    s/ Walker D. Miller
                    United States Senior District Judge